IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JANY G. JOCK,<br><br>                  Defendant. | 8:22CR147<br><br>**ORDER** |

    On May 17, 2023 the court held a hearing on the motion of Attorney Eric W. Kruger to withdraw as counsel for the defendant, Jany G. Jock. (Filing No. 168). Eric W. Kruger represented that he is no longer able to advocate for Mr. Jock. After inquiry of the Defendant and his counsel the court granted Eric W. Kruger's motion to withdraw (Filing No. 168).

    Renee L. Mathias, 6940 O Street, Suite 400, Lincoln, NE 68510, (402) 466-8444, is appointed to represent Jany G. Jock for the balance of these proceedings pursuant to the Criminal Justice Act. Eric W. Kruger shall forthwith provide Renee L. Mathias with the discovery materials provided the defendant by the government and such other materials obtained by Eric W. Kruger which are material to Jany G. Jock's defense.

    The clerk shall provide a copy of this order to Renee L. Mathias and the defendant.

    Dated this 19th day of May, 2023.

                                                                    BY THE COURT:

                                                                    s/ Michael D. Nelson
                                                                    United States Magistrate Judge